IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN PARTIPILO, | ) | |
| | ) | Case No. 16-cv-04450 |
| Plaintiff, | ) | |
| | ) | Hon. Thomas F. Durkin |
| v. | ) | |
| JEWEL FOOD STORES, INC., RICH | ) | Hon. Sheila Finnegan |
| CYGAN, and RON MAJOR, | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS**

Defendants filed their motion for sanctions and supporting memorandum of law in this matter on August 16, 2016. *See* Docket Nos. 24-25. On the same day, Defendants filed their motion for partial dismissal and supporting memorandum of law. *See* Docket Nos. 21-22. Plaintiff Eileen Partipilo's responses to both motions were due on September 26, 2016, and Defendants' replies are due October 10, 2016. *See* Docket No. 27.

On September 25, 2016, Plaintiff filed a "Motion for an Extension of Time to File Response, to Defendants' Motion to Dismiss" for 14 days and for leave to file an amended complaint within 21 days.[1] *See* Docket No. 31. Plaintiff's motion states that Defendants were granted three extensions of time to respond to Plaintiff's complaint, but neglects to mention the reason why Defendants sought and were granted the extension. Specifically, Defendants sought an extension of time to respond to the complaint in order to allow Plaintiff an opportunity to amend the complaint to drop claims that lacked any legal or factual support and were potentially sanctionable under Federal Rule of Civil Procedure 11. Despite these numerous extensions,

---

[1] Defendants note that Plaintiff's motion erroneously refers to the Plaintiff as "Brenda Humphrey."

1

Plaintiff failed to voluntarily dismiss all of the meritless claims alleged in the original complaint, thereby forcing Defendants to move for sanctions as to those claims.

With regard to Defendants' motion for sanctions, Plaintiff did not file a response by the September 26, 2016 deadline or request additional time to respond to that motion.

Accordingly, for the reasons set forth in Defendants' motion for sanctions and supporting memorandum of law, Defendant respectfully requests that the Court grant their motion. Defendants further request that their request for fees and costs as set forth in their motion for sanctions be modified to include the costs incurred in preparing the instant reply and in appearing for the hearing on Plaintiff's motion for an extension of time on October 3, 2016.

> Respectfully submitted,
>
> JEWEL FOOD STORES, INC., RICH CYGAN and RON MAJOR, Defendants
>
> By: /s/Lindsey M. Marcus – 6297111
> lmm@franczek.com

Michael A. Warner, Jr. - 06208011
maw@franczek.com
Franczek Radelet, P.C.
300 S. Wacker Drive
Suite 3400
Chicago, IL 60606
(312) 986-0300

Dated: September 29, 2016

1778247.2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 29th day of September, 2016:

>Frank Avila
>Avila Law Group, LLC
>6601 N. Avondale
>Suite 203
>Chicago, IL 60631
>FrankAvilaLaw@GMail.com

>/s/ Lindsey M. Marcus – 6297111
>  lmm@franczek.com
>
>Michael A. Warner, Jr. - 06208011
>maw@franczek.com
>Franczek Radelet, P.C.
>300 S. Wacker
>Suite 3400
>Chicago, IL 60606
>(312) 986-0300