IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Eileen Partipilo | ) | Case No: 16 C 4450 |
| v. | )<br>)<br>) | Judge: Thomas M. Durkin |
| Jewel Food Stores, et al | )<br>)<br>) |  |

**ORDER**

Enter Memorandum Opinion and Order. For the foregoing reasons, Defendants' motion to dismiss, [60], is granted in that Count V is dismissed, and Count VI against Jewel is dismissed. The motion is denied in that Count VI against Maisonet and Lazzaro remains. Defendants' motion for sanctions, [41], is granted. Defense counsel shall prepare an itemization of the attorney time and costs associated with the motion to dismiss and motion for sanctions filed on August 21, 2016, and serve it on plaintiff's counsel by May 5, 2017. After receiving the itemization, Plaintiff's counsel must either pay the amount sought or file an objection with the Court by June 2, 2017. Additionally, the docket continues to list Richard Cygan and Ron Major as defendants. Partipilo amended her complaint to drop Cygan and Major as defendants and replace them with Mike Lazzaro and Mary Maisonet. See R. 52-1. The Clerk is directed to amend the docket accordingly.

Date:  4/27/2017                                             /s/ Thomas M. Durkin