IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EILEEN PARTIPILO,**<br><br>Plaintiff,<br><br>v.<br><br>**JEWEL FOOD STORE, INC., MICHAEL LAZZARO, and MARY MAISONET**<br><br>Defendants. | No. 16-cv-4450<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Sheila M. Finnegan |

**DEFENDANTS' MOTION TO STRIKE PARAGRAPHS 89 THROUGH 115 OF PLAINTIFF'S THIRD AMENDED COMPLAINT AND RENEWED MOTION FOR RECONSIDERATION TO DISMISS CLAIMS AGAINST MAISONET AND LAZZARO FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(f), Defendants, Jewel Food Stores, Inc., a division of New Albertson's, Inc. (incorrectly named as Jewel Food Stores, Inc., aka Jewel Osco, a Cerberus Capital Management Company, d/b/a Jewel-Osco) ("Defendant") and Michael Lazzaro ("Lazzaro") (collectively "Defendants"), hereby move this Court to strike paragraphs 89 through 115 and to dismiss Count V of the Third Amended Complaint (the "Third Amended Complaint") filed by Plaintiff Eileen Partipilo ("Plaintiff" or "Partipilo"). In support of this Motion, Defendants state as follows:

1. On May 11, 2017, Defendants filed a motion and memorandum in support of reconsideration to Dismiss Claims Against Maisonet and Lazzaro for Lack of Subject Matter Jurisdiction. (Dkt. Nos. 78; 80).

2. On September 22, 2017, Plaintiff filed a Third Amended Complaint, adding additional Title VII claims dating three years after the Title VII claims brought initially in this matter. (Dkt. No. 111).

3. On October 2, 2017 this Court denied Defendants' motion for reconsideration (Dkt. No. 78) without prejudice as moot in light of the third amended complaint. (Dkt. No. 115).

4. Defendants now move to strike paragraphs 89 through 115 of Plaintiff's Third Amended Complaint that seek to include Title VII claims dating three years *after* the Title VII claims originally brought in this case, as such claims are beyond the applicable 300 day statute of limitations and Plaintiff has no basis to extend the mandatory statute of limitations.

5. As the Title VII claims included in the Third Amended Complaint should be stricken, Plaintiff again has no basis for subject matter jurisdiction over the claims brought against Maisonet and Lazzaro, and Defendants renew their Motion for Reconsideration to Dismiss. (Dkt. No. 78).

6. Additional facts, arguments, and authority are set forth in Defendants' Memorandum of Law in Support which is hereby incorporated by reference.

WHEREFORE, Defendants respectfully requests that this Court grant their Motion to Strike Paragraphs 89 through 115 of Plaintiff's Third Amended Complaint and Renewed Motion for Reconsideration to Dismiss Claims Against Maisonet and Lazzaro for Lack of Subject Matter Jurisdiction.

    Respectfully submitted,

    JEWEL FOOD STORES, INC. and
    MIKE LAZZARO


    By: */s/ Jennifer Schilling*
        *One of Their Attorneys*

Jennifer Schilling ARDC# 6256634
Lavanga V. Wijekoon ARDC# 6301183
Stephanie L. Mills-Gallan ARDC# 6313506
LITTLER MENDELSON, P.C.

321 North Clark Street, Suite 1000
Chicago, IL  60654
312.372.5520

Dated:	October 16, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing ***Defendants' Motion To Strike Paragraphs 89 Through 115 Of Plaintiff's Third Amended Complaint And Renewed Motion For Reconsideration To Dismiss Claims Against Maisonet And Lazzaro For Lack Of Subject Matter Jurisdiction*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Dana L. Kurtz<br>
Heidi Karr Sleper<br>
Kurtz Law Offices, Ltd.<br>
32 Blaine<br>
Hinsdale, IL 60521

/s/     *Jennifer Schilling*
       Jennifer Schilling

Firmwide:150687093.1 093117.1003