IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN PARTIPILO, | |
| Plaintiff, | |
| v. | No.  16-cv-4450 |
| JEWEL FOOD STORE INC, *et al.*, | Honorable Judge Thomas M. Durkin |
| Defendants. | |

### PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARY MAISONET

Plaintiff EILEEN PARTIPILO, by and through her attorneys, Kurtz Law Offices, Ltd., and respectfully moves this Court for an Order of Default Judgment against Defendant MARY MAISONET. In support Plaintiff state as follows:

1. On July 7, 2017, this Court issued a summons for Defendant Mary Maisonet which was executed on July 18, 2017 and filed with this court on August 7, 2077. *(See* Issuance of Summons, and Executed Summons, Docket 101.).

2. Defendant Mary Maisonet had twenty-one (21) days, to and including August 8, 2017 to file an answer or otherwise plead.

3. Defendant Mary Maisonet 's answer was due on or before August 8, 2017.

4. On September 13, 2017, Plaintiff filed her motion for default against Defendant Maisonet (Dkt. 105).

5. On September 19, 2017, the Parties appeared before the Court. Defendant Maisonet appeared *pro se*. The Court entered the following order in relevant part:

"Plaintiff's motion for default judgment as to defendant Maisonet [105] is denied without prejudice. Defendant Maisonet is granted a thirty day extension in which to retain counsel." (Dkt. 107.) Defendant Maisonet has not filed an appearance or appearance of counsel, or otherwise answered Plaintiff's Third Amended Complaint. (*See generally* Docket.)

6. Defendant Mary Maisonet is thus in violation of this Court's September 19, 2017 Order (Dkt. 107) and in default. As such, a default judgment is the proper remedy for Defendant's failure to comply with the summons and this Court's prior Order.

WHEREFORE, for the above stated reasons, Plaintiff prays that this Court enter an Order granting a default judgment against Defendant Mary Maisonet, and for such other relief that is just and equitable.

    Respectfully Submitted,

    EILEEN PARTIPILO

    */s/Dana L. Kurtz*
    _____
    Attorneys for Plaintiff

Dana L. Kurtz (ARDC#6256245)
Heidi Karr Sleper (ARDC# 6287421)
Kurtz Law. Offices, Ltd.
32 Blaine Street
Hinsdale, IL 60521
Phone: 630.323.9444
E-mail: dkurtz@kurtzlaw.us
E-mail: hsleper@kurtzlaw.us