## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**EILEEN PARTIPILO,**

        Plaintiff,

    v.

**JEWEL FOOD STORE, INC. and
MICHAEL LAZZARO,**

        Defendants.

No. 16-cv-4450

Judge Thomas M. Durkin

Magistrate Judge Sheila M. Finnegan

## ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE COURT <u>ORDER FOR SANCTIONS AGAINST ATTORNEY FRANK AVILA</u>

THIS MATTER COMING TO BE HEARD on Defendants' Motion to Enforce Court Order for Sanctions Against Attorney Frank Avila ("Defendants' Motion"), the Court having reviewed Defendants' Motion [R. 129], Attorney Frank Avila's ("Avila") Response [R. 131], and being otherwise fully advised:

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion is GRANTED and:

(1) Avila is ordered to pay **$5,360** in sanctions to Defendants within two weeks, on or before March 1, 2018;

(2) Avila's payment must be made by money order or certified check payable to "Jewel Food Stores, Inc." and delivered to defense counsel at:

> Littler Mendelson, P.C.
> 321 N. Clark Street, Suite 1000
> Chicago, IL 60654

(3) On or before March 2, 2018, defense counsel will advise the Court's Courtroom Deputy whether Avila's payment has been received;

(4) This matter is set for status hearing on March 6, 2018 at 9:00 a.m.;

-2-

(5) Avila is ordered to appear at the March 6, 2018 status hearing;

(6) In the event that Avila fails to make full payment on or before March 2, 2018, the Court will entertain Defendants' motion to treat Avila's failure to pay as contempt of court during the scheduled March 6, 2018 status hearing, and may award Defendants additional sanctions against Avila;

ENTERED:

_Thomas M. Durkin_

_____
Honorable Thomas M. Durkin
United States District Judge

Dated: February 15, 2018