# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EILEEN PARTIPILO, | |
| Plaintiff, | |
| v. | No. 16-cv-4450 |
| JEWEL FOOD STORE INC, *et al.*, | Honorable Judge Thomas M. Durkin |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by their attorneys, and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that, effective with filing of this Stipulation of Dismissal, this matter may be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: January 21, 2018

| *s/Dana L. Kurtz* | *s/Jennifer Schilling* |
|---|---|
| Dana L. Kurtz | Jennifer Schilling |
| Attorney for Plaintiff | Attorney for Defendants |
| Kurtz Law Offices, Ltd. | Littler Mendelson, P.C. |
| 32 Blaine Street | 321 North Clark Street, Suite 1000 |
| Hinsdale, IL 60521 | Chicago, IL 60654 |
| Phone: (630) 323-9444 | Phone: 312.372.5520 |
| Email: dkurtz@kurtzlaw.us | Email: jschilling@littler.com |